IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>James Rayburn Johnson,<br><br>    Defendant. | NO.   CR 11-04235-TUC-CKJ(BPV)<br><br>**REPORT AND RECOMMENDATION ON ADMIT/DENY HEARING AND DEFENDANT'S MOTION TO DISMISS** |

On December 19, 2013, an Arrest Warrant [Doc. 66] was issued on a Petition for Supervised Release Violation [Doc. 65] as to Defendant James Rayburn Johnson. Defendant was arrested on said Warrant and on January 2, 2014, Defendant filed a Motion to Dismiss [Doc. 67]. The Government filed its Response [Doc. 73] on January 14, 2014, and the Defendant filed his Reply [Doc. 74] on January 16, 2014.

On January 23, 2014, a hearing was held on the Petition for Supervised Release Violation [Doc. 65] and the Motion to Dismiss [Doc. 67]. The Defendant and counsel were present. Counsel argue to the Court.

Defendant's Motion to Dismiss the Petition for Supervised Release Violation for lack of jurisdiction is denied pursuant to the Ninth Circuit's Memorandum Opinion filed January 31, 2014. **IT IS ORDERED** that an Admit/Deny Hearing is scheduled before Magistrate Judge Velasco on February 25, 2014, at 1:40 p.m.

## CONCLUSION

The Court, having considered the briefing and arguments, recommends that the District Judge, after her independent review and consideration, enter an order **DENYING** Defendant's Motion to Dismiss [Doc. 67].

Pursuant to 28 U.S.C. §636(b)(1)(B), the parties have fourteen (14) days from the date of this Report and Recommendation to file written objections to these findings and recommendations with the District Court. Any objections filed should be filed as CR 11-04235-TUC-CKJ. No Replies shall be filed unless leave is granted from the District Court.

DATED this 11th day of February, 2014.

_____
Bernardo P. Velasco
United States Magistrate Judge